RE (Doc #143) FILED 03/05/13 & (Doc #142)

RECEIVED
MAR 15 2013
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA (
                               ( CASE# 4:12-CR-00373-AGF
VS                             (
                                (
RAY REED                    (

AFFIDAVIT TO STRIKE Doc# 143

I mr Ray Reed jr /Sui Juris Agent with Power Of Attorney For Fictitious Vessel (RAY REED) who states under penalty of Perjury That the Statements made are the truth the whole truth and nothing but the truth.

1. I mr Ray Reed am a human being. the "bar act of 1939" Placed into the States Constitution For the UNITED STATES: AN Attorney, Lawyer, Esquire, Counselor Can only Represent a Vessel; Strawman, Fiction, Corporation Entity, AKA Defendant. Not a man

2. "Doc# 143" If Implemented would be a Forced Contract and would be Null & Void and Uninforceable Per Uniform Commercial Code 1-308/1-207 (U.C.C.)
I Challenge Subject matter jurisdiction of the Courts Authority over a Free man AKA Sovereign

All Affidavits by the Challenge Subject Matter Jurisdiction The U.S. Attorney Has not shown factual basis for subject matter Jurisdiction. Nor did I give it to them.

3. The Prosecutor (Thomas C Albus) and magistrate (David D Noce) Both Say the U.C.C. is Irrelevant Where is the legal Basis for Their "theory"?

  MY LEGAL BASIS ↓ 1

3A. In 1972 all the STATES passed the Uniform Commercial Code. Thereby making Its Citizens "Persons" (which are legal Entities and articles of Commerce) AND The STATE To be vessels of the United States, placing the State and its Citizens under Maritime law. See TITLE 18 U.S.C. Chapter 1 Part I §9. See also U.C.C. 1-201 General Definitions (38) This is A Federal Corporation see U.S.C. TITLE 28 > Part VI > Chapter 176 > Subchapter A > §3002 IS A

  Legal Basis 2 ↓

3B. The Supreme Court in August 1938 Say that all court cases must be decided By contract and where there is no contract there is no case [Erie Railroad vs thompKins] See also §7-202 U.C.C. This is Commercial for rules, codes, percedures, statues

  Legal Basis 3 ↓

3C. §1-103.6 of the U.C.C. STATES: The code is complementry to the common law which is still in Force; except where displaced by the Code, a "Statue" should be construed in harmony with the common law. Unless there is clear legislative Intent to ABrogate the common law The Code Code cannot be read to Preclude a Common law action.

4  This court uses Rules, Codes, Regulations Procedures & Statutes Futher Support: Supreme Court Case <u>Chisholm v Georgia</u>; the State is defined: " by a State I mean, a Complete body of Free "PERSONS" United together for their common benefit, to enjoy peaceably what is there own, and to do justice to others. <u>It is An "artificial person".</u> It Has its affairs and its intrests: It Has "its Rules". It Has its rights: "AND ITS OBLIGATIONS". It may acquire property distinct from that of its members. It may incur debts to be discharged out of the public stock, not the private fortunes of individuals. <u>It may be bound by Contracts: And Damages arising from breach of those Contracts.</u> <u>IN ALL Our Contemplations, However, Concerning this Feigned and artificial Person, We Should never forget, that, IN TRUTH & NATURE THOSE WHO THINK AND SPEAK, and ACT ARE MEN!</u>) UCC 1-103
UCC 7-202

"The Challenge of Subject matter jurisidiction "does not" Abuse the dignity of the court. and all Affidavits there to Are Pertinate and Relevant. My Immunities and rights are Not "Frivolous" & Can and will Stand on them [Hale v Hinkel]

The Counsel Knows that Without a PLEA, The Court Has no Jurisdiction [Ginty vs logan]

The Counsel Knows that I Reported Mr David Noce For Violation of title 28 § 454 for praticing

law From the Bench, by Entering a plea of Not guilty For the "Fiction" THIS NAME IS TRADEMARK Copyright and owned by ME Mr Rayburn Reed Jr. of Which I presented into Evidence. Conflict of Entrest with NOCE A Ray Reed

Affidavits under maritime Claim rules (C6) are in Commerce, which is Commercial and public Policy. They Only State Facts Provable by the maker they Cannot "lawfully" Be striken without rebuttal of "Facts" of Affidavit

The Striking of those Affidavits and "REDocketing" as letters to the Court AKA Doc#105 IS a Clear Violation° of title 50 Sections at large S403, S407 & S408 under Crimes Aginst Justice. WHERE IS THE "Factual Rebuttal" of the U.S. Attorney?

Those Affidavits Expose the barratry Implemented by this Court, Its agents, Heirs, AND ASSIGNS which are already in Excess of 3 to Initiate Disbarment Proceedings. They ARE STILL PUBLIC POLICY and not "letters", the Court Must Rebutt in 30 Days or they become law in the case. "TIME IS UP!" "WHY" would I argue Rules, Codes, Regulations, Proceedures, and Statues that Don't Apply to ME?? These only Apply to "PERSONS", which are Legal Entities as previously ascertained. AND —

The following Supreme Court cases concur with that statement: Willson v Omaha Tribe 442. U.S. 653 667 quoting United States v Cooper Corp. 312, U.S 600, 604 See also United States v Mine Workers 330 U.S. 258, 275 Also Church of Scientology v US Department of Justice 612 F 2d 417 425

What the US Attorney is forgetting or on the other hand has not forgotten that there cannot be a Pretrial or Trial without a Contract "Again" Says the Supreme Court Erie Railroad v Thompkins the U.S Attorney must Present the Contract Signed By "Me" the "Sovereign" no Contract no Case!!

An Attorney, Lawyer, Counsler, Esquire are Officers of the Court If "I" Hire or Contract with one (other than Standy by/Advise) the Court gets Jurisdiction the U.S. Attorney knows this that is why He wants the Court to Revoke my Status. Barratry

In all of the counsels motions, the counsel Has "Abusively" Referd to me as the "defendant, and Being in Care of Jhon D Stobbs. This is "Perjury" I am not in care or under the Care of any Counsel as ascertained 11-2-12 Barratry, Perverse Efforts to Force a Contract

I have Repeatdly Corrected the US Attorney and Court: I mr Ray Reed Appear/Sui Juris which means; OF ONES OWN RIGHT, It should also be noted! my Appearences are by FORCE! Meaning I Don't give up Any Rights

Discrimination & Retaliation: This Court by way of magistrates David Noce & Thomas Mummert Has refused Bond Based on political Status.

10/31/12
Question Mummert said they were going to give me a Signature Bond untill I/ Came with the "Sovereign Sovereign mumbo jumbo". I then asked Mummert if I Sign any papers will that make me be in Contract;) mummert (yes techically it would) I/ Replied (I/ Cant) mummert (then You will Stay locked up untill you act like a person/regular) Noce concured and on 2/25/2013 Noce Stated that he could not over turn the Magistrates decision for Bond (Perjury) mr Noce Signed a Bond modification on Behalf of Marry Taylor Dec 11th 2012 Doc #90

Fother Supports litgants, I/'m the Only one Claiming Sovereignty, and the only one in Custody = Force Contract Attempt

Judge mummert Called me "Stupid" For not "Contracting" with court Attorney! my Rights are not mombo jumbo

The U.S. Attorney is keeping disclose and disclosed to the Brady V maryland No where Does it leave to the discression of Prosecutor or court whether or not to <u>disclose discovery for any reason</u>

The flag in the court Flying is not American Flag of Peace It is a pirate flag the gold or yellow Fringe represent Color of Law Title 4 USC Chapter 1 §1, 2, and 3.

Supreme Court States: the Flag is the law used to govern the Contract of the Shipowner or the "<u>vessel</u>" there to, and advises to Either Submit to its operation or don't Contract with them or the Agent at All <u>Buhsret</u> v <u>People</u> 57 NE 41     will the Barratry Ever END!!

I DO NOT CONTRACT. THE REMEDY IS PERFECTED The order for the Court IS DISSISSAL With Prejudice in accordance with UCC 1-308/1-207 The Law Superior To This Court. notice to Principal is Notice to agent and vice versa

Copy: Supreme Court; Missouri Bar; A.C.L.U.; missouri Commission on Human Rights;

"This is An <u>Affidavit</u> "not" a <u>letter</u> to the Court"

Executed without the "UNITED STATES" all statements are True to the Best of my knowledge and belief

Certificate of service
Ray Reed /s/

Without Prejudice
Under Protest UCC 1-308
Ray Reed Sovereign 1-207
with power of Attorney
with the autograph